IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **2020 LEXUS RX350, VEHICLE IDENTIFICATION NUMBER: 2T2HZMDA4LC241116, et al.,** <br><br> Defendants. | Case No. 23-03031-CV-S-MDH |

# ORDER OF DEFAULT JUDGMENT OF FORFEITURE
## AS TO CERTAIN DEFENDANT PROPERTIES

Plaintiff, United States of America, has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a final judgment by default as to the following defendant properties:

1. A 2020 Lexus RX350, Vehicle Identification Number (VIN): 2T2HZMDA4LC241116;

2. A 2020 Ford Transit Van, bearing VIN NM0LS7E21L1464162;

3. A 2020 Jeep Wrangler Rubicon, VIN 1C4HJXFGXLW312762;

4. A 2018 Cadillac CT6, VIN 1G6KB5RS4JU124354;

5. A 2020 Ford Transit Van, VIN NM0LS7E26L1468417;

6. Ladies' Platinum "RoyalT" Eternity Band made by Tacori, Item Number: 180360-005;

7. Ladies' Sterling Silver Cable Cuff Bracelet with Pearl End Caps made by David Yurman, Item Number: B04182 SSDPEDI;

8. Ladies' Sterling Silver Cable Cuff Bracelet with Blue Topaz End Caps made by David Yurman, Item Number: B04182 SSABTDIM;

9. Seven-inch white gold diamond bracelet featuring round brilliant cut diamonds with a total diamond weight of 0.25 CT;

10. Pair of 18-Karat white gold, three-prong/martini style round brilliant cut diamond (J/K color, SI clarity) stud earrings with a total diamond weight of 1.00 CT;

11. A Two-Tone Rolex Datejust 36mm oyster steel case with white face and rose gold markers and 18 karat everose fluted bezels, model Number: 72801, Serial Number: 931C8733;

12. An Oyster Perpetual Rolex President's 18kt gold with a champaign dial, Model Number: 69178, Serial Number: 9155671;

13. A 1952 Topps #312 Jackie Robinson "PSA PR1" baseball card;

14. A 1980-81 Topps Larry Bird, Julius Erving, and Magic Johnson collectors card, signed by all three, authenticated "PSA/DNA";

15. A 1909-1911 Ty Cobb Portrait, White Border, Red Background, baseball card; and

16. A 2015-16 Panini Immaculate Collection "Trio Autographs" #25 Larry Bird, Magic Johnson, Julius Erving collectors card.

Plaintiff has shown that there was reasonable cause for seizure of the defendant property, that a complaint for forfeiture was filed, that all known potential claimants were served with process, and that any and all other claimants have been served by publication. However, no potential claimant has filed a timely claim to the defendant property. Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. that a default judgment of forfeiture is hereby entered against the above-listed defendant property;

2. that all persons claiming any right, title or interest in or to the defendant property are held in default;

3. that all claims and interests in the defendant property are forever foreclosed and barred;

4. that the defendant property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C);

5. that the defendant property shall be disposed of according to law.

6. that the Clerk of the Court shall enter a judgment consistent with this order.

**IT IS SO ORDERED.**

Dated: August 1, 2023   /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**