IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **2020 LEXUS RX350, VEHICLE IDENTIFICATION NUMBER: 2T2HZMDA4LC24116, ET AL.**, <br><br> Defendants, <br><br> **AND** <br><br> **M&T BANK**, <br><br> Claimant. | Case No. 23-03031-CV-S-MDH |

## ORDER

Upon joint motion of the Plaintiff, United States of America, and Claimant M&T Bank, and for good cause shown, it is hereby,

ORDERED that Plaintiff and Claimant's joint motion for relief from the Court's order for a judgment of forfeiture against the defendant 2021 Galeon 470SKY Yacht, Hull Identification Number: GLN47015A121, pursuant to Federal Rule of Civil procedure 60 is granted.

IT IS FURTHER ORDERED that Plaintiff shall release the defendant 2021 Galeon 470SKY Yacht, Hull Identification Number: GLN47015A121 to Claimant M&T Bank for liquidation pursuant to the terms of the Stipulation executed between the Plaintiff and Claimant. (Doc. 80-1).

IT IS FURTHER ORDERED that the Order entered on August 1, 2023 (Doc. 67) and Judgment in a Civil Case entered on August 7, 2023 (Doc. 73) in this case are hereby vacated.

**IT IS SO ORDERED.**

Dated: May 3, 2024  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**